1  BENJAMIN B. WAGNER
   United States Attorney
2  VICTORIA L. BOESCH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Defendants
6  The United States and the United States Postal Service

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  A.A., A MINOR, | CASE NO. 2:13−CV−02422−WBS−AC |
| 12              Plaintiff, | |
| 13        v. | **STIPULATION TO DISMISS DEFENDANT THE UNITED STATES POSTAL SERVICE** |
| 14  UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, | |
| 15              Defendants. | |

17

18       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff A. A., a minor, and

19  Defendants the United States Postal Service and the United States hereby agree that the United States

20  Postal Service shall be dismissed as a defendant because the United States is the only appropriate

21  defendant under the Federal Tort Claims Act.

28  //

Stipulation to Dismiss USPS                      1

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: February 6, 2014    By:   */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for Defendants
The United States and the United States Postal Service

ROSENTHAL LAW

Dated: February 6, 2014    By:   */s/ S. David Rosenthal* (authorized on 2/6/14)
S. DAVID ROSENTHAL

Attorneys for Plaintiff
A.A.

**ORDER**

IT IS SO ORDERED.

Dated: February 7, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE